AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| | CASE NUMBER: 3:99-cr-18-J-20HTS |
| | USM NUMBER: 28369-018 |
| v. | |
| WILFORD JOHNSON | |
| | Defendant's Attorney: Lisa Call, Esq. (pda) |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers **1, 2, 13, 15 through 20** of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct occurring while on supervision. | April 2005 |
| Two | New criminal conduct occurring while on supervision. | June 2005 |
| Thirteen | New criminal conduct occurring while on supervision. | June 2005 |
| Fifteen | New criminal conduct occurring while on supervision. | August 2005 |
| Sixteen | New criminal conduct occurring while on supervision. | August 2005 |
| Seventeen | Failure to submit written monthly reports. | May 2005 |
| Eighteen | Association with a person convicted of a felony. | July 2005 |
| Nineteen | Failure to notify the probation officer within 72 hours after being arrested or questioned by law enforcement. | June 2005 |
| Twenty | Failure to make restitution. | January 2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The United States dismissed charge numbers **3 through 12 and 14**, and he is discharged as to such violation charges.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: November 25, 2008

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE
DATE: November 25, 2008

| | |
|---|---|
| Defendant: WILFORD JOHNSON | Judgment - Page 2 of 2 |
| Case No.: 3:99-cr-18-J-20HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **three (3) months.**

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_ at _____ a.m.   p.m.   on _____.

    \_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_ before 2 p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

    \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

 

UNITED STATES MARSHAL

By _____
       DEPUTY UNITED STATES MARSHAL